## Thomas Tredwell *against* Reuben Steele.

IN covenant, by which the defendant agreed that " he " would neither cut, or carry off the premises, or suffer " to be cut and carried off by others, any timber but from " the lands which *then were*, or should thereafter be clear- " ed," the plaintiff laid his breach, that the defendant " did " cut and carry off the premises, *other than such parts of* " *the same as the defendant had, or has yet cleared,* divers " large quantities of timber, &c. and did also suffer di- " vers other persons to cut and carry away off the premises, " *other than such parts as the defendant had, or yet has* " *cleared,* divers other, &c."

*Shephard* in arrest of judgment, said the covenant did not restrict from cutting wood on parts then cleared, though by others.

*Per curiam.* The breach is clearly bad ; the fact assigned may be true, and yet the defendant might under the covenant have lawfully taken the timber, as it might have been from land cleared by others.

<div style="text-align:right">

Under a covenant not to cut wood but from lands " then " cleared or " which should " thereafter be " cleared," if the breach be assigned in cutting on lands which the defendant had not cleared, it is bad, as they might have been cleared by others.